# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39008**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Christopher L. DEHERRERA**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 1 March 2017

————————————

*Military Judge:* Donald R. Eller, Jr.

*Approved sentence:* Bad-conduct discharge, confinement for 12 months, forfeiture of all pay and allowances, and reduction to E-1. Sentence adjudged 7 December 2015 by GCM convened at Aviano Air Base, Italy.

*For Appellant:* Major Jarett Merk, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before DREW, J.BROWN, and MINK, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court